```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  2/21/2025
         CENTRAL DISTRICT OF CALIFORNIA
         BY:      ASI        DEPUTY
```

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6772
     Facsimile: (213) 894-0141
     E-mail:    Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
              FILED
      CLERK, U.S. DISTRICT COURT
            2/21/2025
   CENTRAL DISTRICT OF CALIFORNIA
   BY: Valencia Munroe  DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-mj-00898-DUTY |
| Plaintiff, | |
| v. | UNDER SEAL DOCUMENT |
| IRENEO AVALOS-LOSA, | |
| Defendant. | |

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Ireneo Avalos-Losa,<br><br>Defendant. | Case No.   2:25-mj-00898-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Scott Wittmier, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of August 10, 2024, in the county of Ventura in the Central District of California, the defendant violated:

*Code Section*
8 U.S.C. § 1326(a)

*Offense Description*
Illegal Alien Found in the United States Following Deportation or Removal

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

DARRELL S WITTMIER
Digitally signed by DARRELL S WITTMIER
Date: 2025.02.20 19:05:42 -08'00'

*Complainant's signature*

Scott Wittmier, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  2/21/25

*Judge's signature*

City and state:  Los Angeles, California

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Rahul R.A. Hari

**AFFIDAVIT**

I, Scott Wittmier, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against IRENEO AVALOS-LOSA ("defendant") charging him with violating Title 8, United States Code, Section 1326(a) Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF SPECIAL AGENT WITTMIER

3. I have been employed as a Special Agent for the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since August 2008, and am currently assigned to the Border Enforcement Security Team, Maritime Smuggling Group, within the HSI Long Beach, California office. While employed by HSI, I have investigated federal criminal violations related to intellectual property rights, counter-proliferation, trade fraud, financial, cybercrime, child

exploitation, narcotics, and immigration law.  I have gained experience through training at the Criminal Investigator Training Program and ICE Special Agent Training at the Federal Law Enforcement Training Center ("FLETC") located in Glynco, Georgia.  I have also taught U.S. Customs and Immigration investigations at FLETC.

### III.   STATEMENT OF PROBABLE CAUSE

4.   On or about February 14, 2025, when I reviewed law enforcement databases, I learned that on or about August 9, 2024, defendant was arrested by Ventura County, California for driving under the influence of alcohol.

5.   I further learned that on or about August 10, 2024, the ICE Pacific Enforcement Response Center ("PERC"), received an Immigration Alien Response from the Immigration and Customs ("ICE") Law Enforcement Support Center based on defendant's biometric fingerprint data.  I know from my training and experience that when PERC receives an electronic notification based on biometric fingerprint information it means that the fingerprints of the subject in local custody match the fingerprints contained in that subject's DHS files.  As such, I believe AVALOS-LOSA is the same person who is the subject of the files contained in the computer indices discussed below.

6.   On or about February 14, 2025, I reviewed the printouts of ICE computer indices on the defendant, which include entries concerning defendant's previous immigration proceedings.  In my review of those records, I learned that the defendant is a citizen of MEXICO.  Furthermore, based on my

2

training and experience, I know that the ICE computer indices track and document each time an alien (1) is deported or excluded from the United States by ICE, (2) was deported or excluded by the former Immigration and Naturalization Service ("INS"), or (3) is granted permission to enter or re-enter the United States. I reviewed the ICE computer indices and learned that defendant had been removed, deported, and/or excluded from the United States on or about November 6, 2018. I also learned that defendant had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since he was deported.

    7.    Based on my training and experience, I know DHS maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. I learned from immigration databases that the DHS A-number associated with defendant is "A215-891-457."

    8.    On or about February 20, 2025, I reviewed entries associated with A-number "A215-891-457" on the Enforce Alien Removal Module database. The database contained the following documents and information:

        a.    The left index and right index fingerprints for "Ireneo AVALOS-LOSA" with FBI Number RN7VHT06X, which is associated with the alien and the fingerprints in DHS A-File 215-891-457.

        b.    Removal Orders showing that defendant was ordered removed from the United States to Mexico on November 6, 2018.

3

   c. An executed I-205 Warrant of Removal/Deportation showing that AVALOS-LOSA was officially removed and deported from the United States on November 6, 2018.  I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject alien's photograph, signature, and fingerprint.  The executed I-205 Warrant of Removal/Deportation contains defendants photograph, signature, and right index fingerprint.

 9. I have also reviewed a computerized printout of defendant's criminal history, which indicated that defendant was previously convicted of driving under the influence of alcohol on or about August 9, 2024 and October 11, 2018 and of entering a non-commercial dwelling on May 19, 2023.

## IV.  CONCLUSION

 10. For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Sections 1326(a) Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __21st__ day of
February 2025.

_[signature]_

---

Hon. Charles F. Eick
UNITED STATES MAGISTRATE JUDGE

4