FILED
CLERK, U.S. DISTRICT COURT
2/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
2/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: /s/ Valencia Murve  DEPUTY

```
1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   RAHUL R.A. HARI (Cal. Bar No. 313528)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6772
7       Facsimile: (213) 894-0141
        E-mail:    Rahul.Hari@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>IRENEO AVALOS-LOSA,<br><br>            Defendant. | No. 2:25-mj-00898-DUTY<br><br>UNDER SEAL DOCUMENT |

```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-6159
     E-mail:    Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:25-mj-00898-DUTY |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; |
| v. | DECLARATION OF RAHUL R.A. HARI |
| IRENEO AVALOS-LOSA, | **(UNDER SEAL)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Rahul R.A. Hari, hereby applies ex parte for an order that the government's criminal complaint and affidavit in support thereof, arrest warrant, and notice of request for detention, as well as this ex parte application and proposed order, be filed under seal.

//

//

//

1    This ex parte application is based upon the attached declaration
2 of Rahul R.A. Hari.

3 Dated: February 21, 2025          Respectfully submitted,

4                                   JOSEPH T. MCNALLY
                                    Acting United States Attorney
5
                                    LINDSEY GREER DOTSON
6                                   Assistant United States Attorney
                                    Chief, Criminal Division
7

8                                         /s/
                                    RAHUL R.A. HARI
9                                   Assistant United States Attorney

10                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF RAHUL R.A. HARI**

I, Rahul R.A. Hari, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its criminal complaint and affidavit in support thereof, arrest warrant, and notice of request for detention (the "Documents"), along with this *ex parte* application and proposed order, under seal. Defendant has not been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant. If the Documents were publicly available, that may result in defendant being notified and fleeing from prosecution and an increased risk in safety to the law enforcement officers who are tasked with executing the arrest warrant.

3. Accordingly, the government requests that the Documents and this *ex parte* application and proposed order be sealed and remain so until defendant is arrested and taken into custody on the charge contained in the criminal complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 21, 2025.

/s/
RAHUL R.A. HARI