```
FILED
CLERK, U.S. DISTRICT COURT
2/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY
```

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6772
     Facsimile: (213) 894-0141
     E-mail:    Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT
2/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Valencia Munoz DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-mj-00898-DUTY |
| Plaintiff, | |
| v. | UNDER SEAL DOCUMENT |
| IRENEO AVALOS-LOSA, | |
| Defendant. | |

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-6159
     E-mail:   Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-00898-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | **(UNDER SEAL)** |
| IRENEO AVALOS-LOSA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

   The government's ex parte application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.  The government may produce the underlying

//
//
//
//
//

documents as permitted, including but not limited to the moment that defendant is arrested and taken into custody, or as required by applicable law.

2/21/25
DATE

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
RAHUL R.A. HARI
Assistant United States Attorney

2